1044

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ABE VOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01407-1, Leonard W. Costello, J., entered November 19, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Penoyar, J.; Quinn-Brintnall, J., concurring in the result only.

THE STATE OF WASHINGTON, *Respondent*, v. SHANE TIMOTHY MORSE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01894-1, Gary R. Tabor, J., entered January 16, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DORIAN MADDOX, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 00-1-02047-3, Robert L. Harris, J., entered January 24, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. MARY ROSALEE GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00048-2, Rebecca M. Baker, J. Pro. Tem., entered November 30, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.